UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CITIBANK, N.A. as Trustee for American Home
Mortgage Assets Trust 2006-3 Mortgaged-Backed
Pass-Through Certificates, Series 2006-3,

                          Plaintiff,

-vs-                                            Case No.  2:09-cv-83-FtM-36DNF

CHRISTOPHER DALESSIO,
                          Defendant

UNKNOWN PARTIES IN POSSESSION #1 If
living, and all Unknown Parties claiming by,
through, under and against the above named
Defendants(s) who are known to be dead or alive,
whether said Unknown Parties may claim an
interest as Spouse, Heirs,  Devisees, Grantees, or
other Claimants,
                          Defendant

UNKNOWN PARTIES IN POSSESSION #2 If
living, and all Unknown Parties claiming by,
through, under and against the above named
Defendants(s) who are known to be dead or  alive,
whether said Unknown Parties may claim an
interest as Spouse, Heirs,  Devisees, Grantees, or
other Claimants,
                          Defendant

THE LOAN CORPORATION a Florida
corporation,
                          Defendant

<u>THIRD PARTY PLAINTIFF</u>
CHRISTOPHER DALESSIO


<u>THIRD PARTY DEFENDANT</u>
AMERICAN HOME MORTGAGE SERVICING,
INC. a Corporation

COUNTER CLAIMANT
CHRISTOPHER DALESSIO

V.

COUNTER DEFENDANT

THE LOAN CORPORATION,
AMERICAN HOME MORTGAGE SERVICING3,
INC. a Corporation
                      Defendant.
_____

## ORDER

This matter comes before the Court on the Joint Motion to Cancel Settlement Conference (Doc. #75) filed on September 2, 2010. Counsel moves the Court to cancel the settlement conference scheduled for September 7, 2010. As grounds, Counsel indicates the parties have engaged in settlement discussions in preparation for the upcoming conference and both parties agree that settlement is not likely. As such, the currently scheduled conference would be an inefficient use of resources. The Court convened for a telephonic hearing to address the motion with Counsel. Upon hearing the arguments, the Court finds good cause and will grant the motion.

Accordingly, it is now

**ORDERED:**

The Joint Motion to Cancel Settlement Conference (Doc. #75) is **GRANTED**. The Settlement Conference scheduled for September 7, 2010 is hereby cancelled.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of September, 2010.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record